✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2021

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

**SEALED RESTRICTED**

U.S.A. vs.                     Priest, David Randall                     Docket No.      0980 2:20CR00181-SMJ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Randall Priest, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of April 2021, under the following conditions:

**Condition # 31:** Comply with all conditions of supervision imposed by other courts and appear for all court hearings, including but not limited to state and federal courts.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** It is alleged that Mr. Priest violated his terms of supervised release by failing to appear for a status review hearing for two separate causes in the Okanogan County Superior Court on May 24, 2021.

On April 7, 2021, the conditions of pretrial release supervision were reviewed with Mr. Priest. He acknowledged an understanding of his conditions, which included release condition number 31.

On May 24, 2021, after failing to appear for a hearing on two separate causes in the Okanogan County Superior Court, bench warrants were issued in the amount of $20,000 and $15,000 bail, respectfully.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      June 2, 2021

by      s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

**PS-8**

**Re: Priest,, David Randall**

**June 2, 2021**

**Page 2**


THE COURT ORDERS

[  ]    No Action

[X]    The Issuance of a Warrant

[  ]    The Issuance of a Summons

[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.

[  ]    Defendant to appear before the Judge assigned to the case.

[X]    Defendant to appear before the Magistrate Judge.

[X]    Other  Document should be filed as Sealed Restricted.


_____

Signature of Judicial Officer

June 2, 2021
_____

Date