# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2022

SEAN F. McAVOY, CLERK

U.S.A. vs.    Priest, David Randall    Docket No.    0980 2:20CR00181-SMJ-1

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Randall Priest, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 3rd day of December 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** It is alleged that Mr. Priest violated his terms of his pretrial release by using methamphetamine and marijuana on or about February 6, 2022.

On December 6, 2021, the conditions of pretrial release supervision were reviewed with Mr. Priest. He acknowledged an understanding of his conditions, which included standard condition number 9.

On February 9, 2022, the undersigned and another U.S. probation officer made contact with Mr. Priest at his residence. It was at that time the undersigned inquired with Mr. Priest if he was remaining abstinent from illicit substances. Thereafter, Mr. Priest admitted to the undersigned, and via a signed document, that he last used methamphetamine and marijuana on or about February 6, 2022.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    February 18, 2022 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8

Re: Priest, David Randall
February 18, 2022
Page 2

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

2/22/2022
_____
Date