# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 04, 2022**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Priest, David Randall | Docket No. | 0980 2:20CR00181-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Chris S. Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant David Randall Priest, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 3rd day of December 2021, under the following conditions:

**Standard Condition # 9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 6, 2021, the conditions of pretrial release supervision were reviewed with Mr. Priest. He acknowledged an understanding of his conditions, which included standard condition number 9.

**Violation #2**: Mr. Priest is alleged to have violated standard condition number 9 by ingesting both marijuana and methamphetamine, as previously occurring on or about March 29, 2022, based on the client's admission of such use.

Specifically, on March 31, 2022, Mr. Priest was contacted by U.S. Probation Officer Jon Bot and directed to report to the U.S. Probation Office in Spokane on April 1, 2022, at 1 p.m., for urinalysis testing prior to his then scheduled pretrial revocation hearing, set to occur on the day in question at 1:30 p.m.

Mr. Priest subsequently reported on April 1, 2022, at approximately 1:20 p.m., and initially indicated he was unable to provide a urine sample for testing. Mr. Priest was subsequently directed to participate in his scheduled Court hearing, but due to the time available prior to his scheduled Court hearing, he was again directed back down to the U.S. Probation Office. Mr. Priest subsequently admitted previously ingesting both methamphetamine and marijuana, occurring on or about March 29, 2022. He ultimately signed a drug use admission form documenting his use.

This information was previously and orally reported to the Court on April 1, 2022, prior to the client's then scheduled Court hearing occurring.

     PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    April 4, 2022 |
| by | s/Chris Heinen |
|  | Chris Heinen<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

4/4/2022
Date