UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Priest, David Randall | Docket No. | 0980 2:20CR00181-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Randall Priest, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 25th day of April 2022 under the following conditions:

On April 25, 2022, the conditions of pretrial release supervision were reviewed with Mr. Priest. He acknowledged an understanding of his conditions, which included release condition number 1 and 9.

<u>**Standard Condition #1:**</u> Defendant shall not commit any offense in violation of federal, state or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

<u>**Standard Condition #9:**</u> Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #2**</u>: Mr. Priest is alleged to have violated release condition number 1 by committing the tribal offenses of prohibited acts (possession) and prohibited acts (manufacture, cultivate, deliver) on or about June 29, 2022.

Specifically, on June 29, 2022, per Colville Tribal Police Department (CTPD) report 22-0870, Mr. Priest was contacted by CTPD during a traffic stop in which he was the driver of a vehicle. Mr. Priest was taken into custody on an arrest warrant issued by U.S. Magistrate Judge Eckstrom on June 21, 2022, in response to an allegation that Mr. Priest violated the condition of his pretrial release. CTPD officers performed a search incident to arrest (SIA) in which they located a green beaded bag in Mr. Priest's left front pocket in which the officer observed a plastic baggie of 97 blue pills which appeared to be fentanyl pills and a separate plastic baggie containing a brown tar like substance that appeared to be heroin. A CTPD officer also observed a small scale on the driver side of the aforementioned vehicle Mr. Priest was driving. Evidence tape was placed on and around the vehicle and it was subsequently towed to the police department where the garage was also tagged with evidence tape.

On June 30, 2022, a CTPD officer applied for and was approved for a search warrant of the vehicle Mr. Priest was driving prior to his arrest on June 29, 2022, through Colville Tribal Court by Judge Nomee. The search of the vehicle Mr. Priest was driving was conducted on June 30, 2022, and located inside the vehicle were 5 cell phones, a wallet with $334 cash, and 2 small plastic bags of suspected methamphetamine.

On August 23, 2022,  in Colville Tribal Court, Mr. Priest pled guilty to prohibited acts (possession) and prohibited acts (manufacture, cultivate, deliver) in which he was sentenced to 720 days jail.

<u>**Violation #3**</u>: Mr. Priest is alleged to have violated release condition number 9 by unlawful possessing narcotic drugs on or about June 30, 2022.

Re: Priest, David Randall
August 30, 2022
Page 2

Specifically, on June 29, 2022, per Colville Tribal Police Department (CTPD) report 22-0870, Mr. Priest was contacted by CTPD during a traffic stop in which he was the driver of a vehicle. Mr. Priest was taken into custody on an arrest warrant issued by U.S. Magistrate Judge Eckstrom on June 21, 2022, in response to an allegation that Mr. Priest violated this condition of his pretrial release. CTPD officers performed a search incident to arrest (SIA) in which they located a green beaded bag in Mr. Priest's left front pocket. At this time, the officer observed a plastic baggie of 97 blue pills which appeared to be fentanyl pills and a separate plastic baggie containing a brown tar like substance that appeared to be heroin. A CTPD officer also observed a small scale on the driver side of the aforementioned vehicle Mr. Priest was driving. Evidence tape was placed on and around the vehicle and it was subsequently towed to the police department where the garage was also tagged with evidence tape.

On June 30, 2022, a CTPD officer applied for and was approved for a search warrant of the vehicle Mr. Priest was driving prior to his arrest on June 29, 2022, through Colville Tribal Court by Judge Nomee. The search of the vehicle Mr. Priest was driving was conducted on June 30, 2022. Located inside the vehicle were 5 cellular telephones, a wallet with $334 cash, and 2 small plastic bags of suspected methamphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2022

by: s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/31/22
Date